# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WYLMINA E. HETTINGA,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM et al.,<br><br>Defendants. | No. CV 20-06092-PA (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss (Dkt. 36) is granted. IT IS FURTHER ORDERED that Judgment shall be entered dismissing the action with prejudice.

Date: July 15, 2021

_____
PERCY ANDERSON
United States District Judge