# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WYLMINA E. HETTINGA, | No. CV 20-06092-PA (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| GAVIN NEWSOM et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Date: July 15, 2021

_____
PERCY ANDERSON
United States District Judge